UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80923-CIV-ZLOCH

ALLEN FOX,

        Plaintiff,        **FINAL ORDER OF DISMISSAL**

vs.

SLO-ML, LLC,

        Defendant.
_____/

THIS MATTER is before the Court upon the Joint Request For Approval And Entry Of Consent Decree (DE 13) filed herein by all Parties, which the Court construes as a Motion For Approval And Entry Of Consent Decree. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Request For Approval And Entry Of Consent Decree (DE 13) filed herein by all Parties, which the Court construes as a Motion For Approval And Entry Of Consent Decree be and the same is hereby **GRANTED**;

2. The Consent Decree (DE 13, Ex. A) be and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

4. To the extent not otherwise disposed of herein, all pending

motions are hereby **DENIED** as moot.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _30th_ day of October, 2009.

                                                 WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

All Counsel of Record